No. 76–5540. WILLIAMS *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 76–5546. MELIAN *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 76–5554. RUA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5557. GORHAM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5569. TERI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5570. BROWN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5571. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5574. CAVAZOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5579. MITCHELL *v.* LaVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 76–5580. FIELDS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5582. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5585. SHRYOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5587. MERCER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–5589. BELVIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.